United States Courts
Southern District of Texas
FILED

DEC 1 3 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-16-278-SS |
| LATASHA RILES,<br>    Defendant | § § § | |

## SUPERSEDING CRIMINAL INFORMATION

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
(Contempt of Court (18 U.S.C. § 401 (3)))

From on or about March 14, 2014, in the Southern District of Texas and elsewhere the defendant herein,

**LaTasha Riles**

did willfully disobey and resist a lawful Order by Bankruptcy Judge Karen K. Brown, **ORDER DISMISSING CASE WITH PREJUDICE**, (case no. 14-30394), Docket No. 17, commanding the defendant to pay all unpaid filing fees in the current case and all other bankruptcy cases filed in previous years. Defendant was required to pay the amount of $2,420.00 in the following cases: 14-30394 ($281.00), 13-37717 ($281.00), 13-37440 ($281.00), 13-37028 ($281.00), 13-32212 ($281.00), 13-30580 ($281.00), 11-34301 ($00), 03-30559 ($185.00), 02-43157 ($185.00), 02-32552 ($00), 01-43484 ($185.00), and 01-38813 ($185.00).

However, as of December 9, 2016, the defendant has not paid any amount pursuant to the court's Order.

In violation of Title 18, United States Code, Section 401(3).

                KENNETH MAGIDSON
                UNITED STATES ATTORNEY

BY: _____
       Quincy L. Ollison
       Assistant United States Attorney